IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NATIONWIDE PROPERTY AND CASUALTY
INSURANCE COMPANY, AS SUBROGEE
OF WESSON LTD. D/B/A
MOSS VILLAGE APARTMENTS                                            PLAINTIFF

VS.                                                    CAUSE NO. 3:17-cv-65 DPJ-FKB

JASMINE S. JAMES                                                   DEFENDANT

_____

## NOTICE OF DISMISSAL
_____

**COMES NOW** Plaintiff, Nationwide Property and Casualty Insurance Company, as subrogee of Wesson Ltd d/b/a Moss Village Apartments, by and through its counsel, and files this its Notice of Dismissal pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, and, with the filing of this Notice of Dismissal, the above captioned action is dismissed WITH PREJUDICE.

**THIS**, this the 13th day of October, 2017.

                                                Respectfully submitted,

                                                NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, AS SUBROGEE OF WESSON LTD. D/B/A MOSS VILLAGE APARTMENTS, Plaintiff

                                                /s/ David Lee Gladden, Jr.
                                                DAVID LEE GLADDEN, JR.

PREPARED BY:
DAVID LEE GLADDEN, JR. (MSB# 100839)
GLADDEN & INGRAM, PLLC
Post Office Box 2970
Madison, Mississippi 39130
Tel: (601) 707-5903
Fax: (601) 707-5915
Email: lgladden@gladdeningram.com